UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **PETER OLNEY,**<br>Plaintiff,<br><br>vs.<br><br>**JEFFERSON CAPITAL SYSTEMS, LLC,**<br>Defendant. | CASE NO.: 1:12-CV-00314-AWI-GSA<br><br>**ORDER** |

The Clerk of the Court is DIRECTED to close this action pursuant to the Parties' Stipulation to dismiss this case with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii).  Each party shall bear their own fees and costs.

IT IS SO ORDERED.

Dated:  June 22, 2012                               _____
                                                    CHIEF UNITED STATES DISTRICT JUDGE

Order to Dismiss - 1